UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | SA CV 13-1155 PSG (JEMx) | Date | March 24, 2014 |
|---|---|---|---|
| Title | HID Global Corp., *et al.* v. Somerli Pinnock, *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present      Not Present

**Proceedings:** (In Chambers) Order to Show Cause why Proxcardpro.com Should Not Be Dismissed Pursuant to Federal Rule of Civil Procedure 4(m)

The Court's Standing Order provides:

The Plaintiff(s) shall promptly serve the Complaint in accordance with Fed. R. Civ. P. 4 and file the proofs of service pursuant to Local Rule. Any Defendant(s) not timely served shall be dismissed from the action without prejudice. Any "DOE" or fictitiously-named Defendant(s) who is not identified and served within 120 days after the case is filed shall be dismissed pursuant to Fed. R. Civ. P. 4(m).

*Standing Order* ¶ 1. Plaintiffs have named Proxcardpro.com as a defendant in this action. *See Compl.* ¶ 8. However, to date, Plaintiffs have not filed any proof of service as to Proxcardpro.com. The Rule 4(m) deadline elapsed on November 28, 2013. Plaintiffs are ordered to show cause no later than **April 7, 2014** why Proxcardpro.com should not be dismissed under Rule 4(m).

    **IT IS SO ORDERED.**